1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK CHAIMOVICH,
7041 Wolftree Lane
Rockville, MD 20852

        Plaintiff,

   v.

ALBERTO R. GONZALES
Attorney General, US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

MICHAEL CHERTOFF, Secretary
US Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

EMILIO T. GONZALEZ, Director
US Citizenship and Immigration Services
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

RICHARD CATERISANO, Director
USCIS Baltimore District Office
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

        Defendants.

Case No.

COMPLAINT FOR NATURALIZATION

COMPLAINT FOR NATURALIZATION
By MARK CHAIMOVICH

1.    This is a lawsuit brought by CLIENT, to obtain naturalization by this court pursuant to 8 U.S.C. §1447(b).  This court has exclusive jurisdiction to make a determination on his applications, since it is more than 120 days since interview by United States Citizenship and Immigration Services.  Plaintiff requests that the Court grant his naturalization application, and give him his oath of citizenship.  He meets all the statutory eligibility requirements for citizenship.

2.    In the alternative, pursuant to 28 USC sec. 1331 and 28 USC sec. 1361, plaintiff requests that the Court compel the Defendants to adjudicate the plaintiff's naturalization application and schedule a Naturalization Oath Ceremony within thirty (30) days.

## PARTIES

3.    Plaintiff Mark Chaimovich is a citizen of Israel and a permanent resident since September 19, 1997.  He resides in Rockville, MD.  He is married to, and resides with, his U.S. citizen wife, Irina Chaimovich. He seeks an order granting him citizenship.

4.    Defendant Alberto Gonzales, Attorney General of the United States, has been conferred the authority to naturalize persons as citizens of the United States by INA § 310(a), 8 U.S.C. § 1421(a), and is sued here in his official capacity.

5.    Defendant Michael Chertoff is the Secretary of the Department of Homeland Security ("DHS").  As of March 1, 2003, DHS is the agency responsible for implementing the Immigration and Nationality Act.  Within DHS, the United States Citizenship and Immigration Services ("CIS"), formerly part of the Immigration and Naturalization Service, is now responsible for implementing the provisions under which lawful permanent residents

COMPLAINT FOR NATURALIZATION
By MARK CHAIMOVICH

M. Deutsch Immigration Law Firm
#325, 1666 Connecticut Ave., NW, Washington, DC 20009
202-728-0820

can be naturalized and become United States citizens, in particular INA § 310, 8 U.S.C. § 1421, *et. seq.*[1]  Respondent Chertoff is sued in his official capacity.

6.     Defendant Emilio T. Gonzalez is Director of United States Citizenship and Immigration Services, a component of the Department of Homeland Security.  USCIS  is now responsible for implementing the provisions under which lawful permanent residents can be naturalized and become United States citizens, in particular INA § 310, 8 U.S.C. § 1421, *et. seq*.  Respondent Gonzalez is sued in his official capacity.

7.     Defendant Richard Caterisano is the District Director of the Baltimore District of Citizenship and Immigration Services of the Department of Homeland Security, formerly the Immigration and Naturalization Service, and is sued here in his official capacity.  Mr. Caterisano  has been delegated authority, under 8 C.F.R. § 310.2, to control all activities within the Baltimore District, including the authority to grant or deny naturalization applications.

## JURISDICTION

8.     This Court has jurisdiction pursuant to INA § 336(b), 8 U.S.C. § 1447(b) (jurisdiction for hearing on naturalization in certain cases of delay); 28 U.S.C. § 1331 (federal question jurisdiction); 28 U.S.C. § 2201, the Declaratory Judgment Act; 5 U.S.C. § 701, the Administrative Procedures Act; 28 USC 1361 (action to compel an officer of the

---

[1] On March 1, 2003, the Immigration and Naturalization Service ("INS") ceased to exist and its functions were transferred to the newly formed Department of Homeland Security.  *See* Homeland Security Act, 116 Stat. 2135, Pub. L. 107-296 (2002).  The former INS was divided into three separate agencies, Citizenship and Immigration Services, Immigration and Customs Enforcement, and Customs and Border Protection.  This complaint challenges decisions of Citizenship and Immigration Services, the component responsible for adjudicating naturalization petitions.

United States); 8 USC 1329 (jurisdiction of District Court), and; 5 U.S.C. § 504, the Equal Access to Justice Act.

## VENUE

9.      Venue in the District of Columbia  is appropriate pursuant to 28 U.S.C. § 1391 as almost all of the defendants ALBERTO R. GONZALES, Attorney General of the United States;  MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; are located in the District of Columbia.

## STATEMENT OF THE FACTS

10.      Plaintiff Mark Chaimovich has been employed by Verizon Communications Inc. in the Small Business Group since November 2003.

11.      Plaintiff filed his N-400 naturalization applications with filing fees on July 11, 2002 at the Vermont Service Center of the USCIS.  He was fingerprinted by defendants on October 8, 2002.  He attended the examination on his N-400 application, on February 11, 2003 at the Baltimore District USCIS office.  He was told at the interview that he had passed the English language, history and government tests, and that he had met the residence requirements and other eligibility requirements.

12.      At the February 11, 2003 examination, he was also told that he could not be given final approval and the oath of citizenship until the defendants had completed a complete name and date of birth intelligence background check, also known as a "name check".

13.    Plaintiff has met all the eligibility requirements for naturalization.  He has met the residence requirements, is of good moral character, is attached to the Constitution, and has passed the English, history and government tests.  He also has no criminal record.

14.    Plaintiff inquired of defendants on July 5, 2003 and March 29, 2004 about the status of his application, and was told that it was still pending. Plaintiff took time off from work on July 19, 2005 to check on the status of his applications.  After waiting 2 hours, he was told that his application was still pending.

15.    Plaintiff has suffered harm as a result of this delay. He has been deprived of the substantial benefits of citizenship, including protection of the laws of the United States as that afforded to other citizens; political rights such as the right to vote and the right to enter and remain in the United States, and; freedom of movement and travel such as the right to obtain a United States passport and the protection of the United States government when outside the United States. His employment has also been restricted because he has been unable to apply for federal government jobs or for jobs with federal contractors.

16.    Since the date of interview, it has been over 4 years & 2 months, or 3 years & 10 months in excess of the 120-day statutory grace period, but USCIS has not made a decision on his application, nor has it informed plaintiff of any deficiency in his applications.


REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1.    Assume jurisdiction over this matter;

2.    If necessary, order that a hearing take place in this matter;

COMPLAINT FOR NATURALIZATION
By MARK CHAIMOVICH

3.      Review de novo and grant the naturalization application of Plaintiff, and give the Plaintiff his oath of citizenship.  In the alternative, we request that the Court compel the Defendants to adjudicate the plaintiff's naturalization application and schedule a Naturalization Oath Ceremony within thirty (30) days.

4.      Direct Defendants to promptly issue Certificates of Naturalization for Plaintiff.

5.      Award reasonable costs and attorney's fees pursuant to the Equal Access to Justice Act  and;

6.      Grant any and all further relief this Court deems just and proper.


Dated this 6th Day of June, 2007.


_____

MORRIS H. DEUTSCH


_____

CAROLYN ANN KILLEA


_____

RAJAN P. EAPEN


Attorneys for Plaintiff

M. Deutsch Immigration Law Firm

Suite 325

Washington, DC 20009

(202) 728-0820

COMPLAINT FOR NATURALIZATION
By MARK CHAIMOVICH

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **(EXCEPT IN U.S. PLAINTIFF CASES)** | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **(IN U.S. PLAINTIFF CASES ONLY)** NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

1 U.S. Government Plaintiff

2 U.S. Government Defendant

3 Federal Question (U.S. Government Not a Party)

4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

### A. *Antitrust*

410 Antitrust

### B. *Personal Injury/ Malpractice*

310 Airplane
315 Airplane Product Liability
320 Assault, Libel & Slander
330 Federal Employers Liability
340 Marine
345 Marine Product Liability
350 Motor Vehicle
355 Motor Vehicle Product Liability
360 Other Personal Injury
362 Medical Malpractice
365 Product Liability
368 Asbestos Product Liability

### C. *Administrative Agency Review*

151 Medicare Act

**Social Security:**
861 HIA ((1395ff)
862 Black Lung (923)
863 DIWC/DIWW (405(g)
864 SSID Title XVI
865 RSI (405(g)
**Other Statutes**
891 Agricultural Acts
892 Economic Stabilization Act
893 Environmental Matters
894 Energy Allocation Act
890 Other Statutory Actions (If Administrative Agency is Involved)

### D. *Temporary Restraining Order/Preliminary Injunction*

**Any nature of suit from any category may be selected for this category of case assignment.**

**\*(If Antitrust, then A governs)\***

### E. *General Civil (Other)*    OR    F. *Pro Se General Civil*

**Real Property**
210 Land Condemnation
220 Foreclosure
230 Rent, Lease & Ejectment
240 Torts to Land
245 Tort Product Liability
290 All Other Real Property

**Personal Property**
370 Other Fraud
371 Truth in Lending
380 Other Personal Property Damage
385 Property Damage Product Liability

**Bankruptcy**
422 Appeal 28 USC 158
423 Withdrawal 28 USC 157

**Prisoner Petitions**
535 Death Penalty
540 Mandamus & Other
550 Civil Rights
555 Prison Condition

**Property Rights**
820 Copyrights
830 Patent
840 Trademark

**Federal Tax Suits**
870 Taxes (US plaintiff or defendant
871 IRS-Third Party 26 USC  7609

**Forfeiture/Penalty**
610 Agriculture
620 Other Food &Drug
625 Drug Related Seizure of Property 21 USC 881
630 Liquor Laws
640 RR & Truck
650 Airline Regs
660 Occupational Safety/Health
690 Other

**Other Statutes**
400 State Reapportionment
430 Banks & Banking
450 Commerce/ICC Rates/etc.
460 Deportation

470 Racketeer Influenced & Corrupt Organizations
480 Consumer Credit
490 Cable/Satellite TV
810 Selective Service
850 Securities/Commodities/ Exchange
875 Customer Challenge 12 USC 3410
900 Appeal of fee determination under equal access to Justice
950 Constitutionality of State Statutes
890 Other Statutory Actions (if not administrative agency review or Privacy Act

| **G**. *Habeas Corpus/ 2255* | **H.** *Employment Discrimination* | **I.** *FOIA/PRIVACY ACT* | **J.** *Student Loan* |
|---|---|---|---|
| **530 Habeas Corpus-General**<br>**510 Motion/Vacate Sentence** | **442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)**<br><br>**\*(If pro se, select this deck)\*** | **895 Freedom of Information Act**<br>**890 Other Statutory Actions<br>(if Privacy Act)**<br><br>**\*(If pro se, select this deck)\*** | **152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans)** |

| **K.** *Labor/ERISA (non-employment)* | **L.** *Other Civil Rights (non-employment)* | **M.** *Contract* | **N.** *Three-Judge Court* |
|---|---|---|---|
| **710 Fair Labor Standards Act**<br>**720 Labor/Mgmt. Relations**<br>**730 Labor/Mgmt. Reporting &<br>Disclosure Act**<br>**740 Labor Railway Act**<br>**790 Other Labor Litigation**<br>**791 Empl. Ret. Inc. Security Act** | **441 Voting (if not Voting Rights<br>Act)**<br>**443 Housing/Accommodations**<br>**444 Welfare**<br>**440 Other Civil Rights**<br>**445 American w/Disabilities-<br>Employment**<br>**446 Americans w/Disabilities-<br>Other** | **110 Insurance**<br>**120 Marine**<br>**130 Miller Act**<br>**140 Negotiable Instrument**<br>**150 Recovery of Overpayment &<br>Enforcement of Judgment**<br>**153 Recovery of Overpayment of<br>Veteran's Benefits**<br>**160 Stockholder's Suits**<br>**190 Other Contracts**<br>**195 Contract Product Liability**<br>**196 Franchise** | **441 Civil Rights-Voting<br>(if Voting Rights Act)** |

## V. ORIGIN

| 1 Original Proceeding | 2 Removed from State Court | 3 Remanded from Appellate Court | 4 Reinstated or Reopened | 5 Transferred from another district (specify) | 6 Multi district Litigation | 7 Appeal to District Judge from Mag. Judge |
|---|---|---|---|---|---|---|

## VI.  CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $<br>JURY DEMAND: | Check YES only if demanded in complaint<br>YES        NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | (See instruction) | YES | NO | If yes, please complete related case form. |
|---|---|---|---|---|

**DATE**                    **SIGNATURE OF ATTORNEY OF RECORD**

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  Listed below are tips for completing the civil cover sheet.  These tips coincide with the Roman Numerals on the Cover Sheet.

I.          COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C.,  and 99999 if plaintiff is outside the United States.

III.        CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II**.

IV.        CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint.  You may select only <u>one</u> category.  You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.        CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.      RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0009

## Application for Naturalization

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.

| Part 1. Your Name *(The Person Applying for Naturalization)* |
| --- |

**A. Your current legal name.**

Family Name *(Last Name)*

CHAIMOVICH

Given Name *(First Name)*

MARK

Full Middle Name *(If applicable)*

**B. Your name exactly as it appears on your Permanent Resident Card.**

Family Name *(Last Name)*

CHAIMOVICH

Given Name *(First Name)*

MARK

Full Middle Name *(If applicable)*

**C. If you have ever used other names, provide them below.**

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
| --- | --- | --- |
|  |  |  |
|  |  |  |

**D. Name change** *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name? ☐ Yes  ☐ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name

Write your INS "A"- number here:

A 073547643

### FOR INS USE ONLY

| Bar Code | Date Stamp |
| --- | --- |

Remarks

Action

| Part 2. Information About Your Eligibility   *(Check Only One)* |
| --- |

I am at least 18 years old AND

A. ☒ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND I have been married to and living with the same U.S. citizen for the last 3 years, AND my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

Form N-400 (Rev. 05/31/01)N

**Part 3. Information About You**

Write your INS "A"- number here:
A 0 7 3 5 4 7 6 4 3

A. Social Security Number

2 2 0 - 4 3 - 5 7 2 9

B. Date of Birth *(Month/Day/Year)*

0 2 / 2 4 / 1 9 5 5

C. Date You Became a Permanent Resident *(Month/Day/Year)*

0 9 / 1 9 / 1 9 9 7

D. Country of Birth

ByeLarus

E. Country of Nationality

IsraeL

F. Are either of your parents U.S. citizens? *(if yes, see Instructions)*     ☐ Yes     ☒ No

G. What is your current marital status?     ☐ Single, Never Married     ☒ Married     ☐ Divorced     ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?     ☐ Yes     ☒ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*     ☐ Yes     ☒ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

_____

**Part 4. Addresses and Telephone Numbers**

A. Home Address - Street Number and Name *(Do NOT write a P.O. Box in this space)*

7 0 4 1    W O L F T R E E    L A N E

Apartment Number

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| ROCKVILLE | MONTGOMERY | MD | 20852 | USA |

B. Care of

Mailing Address - Street Number and Name *(If different from home address)*

Apartment Number

| City | State | ZIP Code | Country |
|------|-------|----------|---------|
| | | | |

C. Daytime Phone Number *(If any)*

(703) 287 7509

Evening Phone Number *(If any)*

(301) 881 5149

E-mail Address *(If any)*

markc@amdocs.com

Form N-400 (Rev. 05/31/01)N Page 2

**Part 5. Information for Criminal Records Search**

Write your INS "A"-number here:
A 0 7 3 5 4 7 6 4 3

**Note:** The categories below are those required by the FBI. See Instructions for more information.

**A. Gender**

☒ Male ☐ Female

**B. Height**

5 Feet 8 Inches

**C. Weight**

190 Pounds

**D. Race**

☒ White ☐ Asian or Pacific Islander ☐ Black ☐ American Indian or Alaskan Native ☐ Unknown

**E. Hair color**

☒ Black ☐ Brown ☐ Blonde ☐ Gray ☐ White ☐ Red ☐ Sandy ☐ Bald (No Hair)

**F. Eye color**

☒ Brown ☐ Blue ☐ Green ☐ Hazel ☐ Gray ☐ Black ☐ Pink ☐ Maroon ☐ Other

**Part 6. Information About Your Residence and Employment**

**A.** Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) | |
|---|---|---|
| | From | To |
| Current Home Address – Same as Part 4.A | 0 5 / 1 9 9 6 | Present |
| | __/____ | __/____ |
| | __/____ | __/____ |
| | __/____ | __/____ |
| | __/____ | __/____ |

**B.** Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address (Street, City and State) | Dates (Month/Year) | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| Amdocs Inc | 1660 International Dr., McLean, VA | 07/1995 | __/____ | Director |
| | | __/____ | __/____ | |
| | | __/____ | __/____ | |
| | | __/____ | __/____ | |
| | | __/____ | __/____ | |

**Part 7. Time Outside the United States**
*(Including Trips to Canada, Mexico, and the Caribbean Islands)*

Write your INS "A"- number here:
A 0 7 3 5 4 7 6 4 3

A. How many total days did you spend outside of the United States during the past 5 years?        | 173 | days

B. How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?        | 21 | trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States (Month/Day/Year) | Date You Returned to the United States (Month/Day/Year) | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 04/22/2002 | 04/25/2002 | ☐ Yes ☒ No | Canada | 4 |
| 04/08/2002 | 04/11/2002 | ☐ Yes ☒ No | Canada | 4 |
| 03/19/2002 | 03/21/2002 | ☐ Yes ☒ No | Canada | 3 |
| 03/07/2002 | 03/14/2002 | ☐ Yes ☒ No | Israel | 8 |
| 02/18/2002 | 02/21/2002 | ☐ Yes ☒ No | Canada . | 4 |
| 12/10/2001 | 12/14/2001 | ☐ Yes ☒ No | Canada | 5 |
| 11/09/2001 | 11/19/2001 | ☐ Yes ☒ No | Canada | 11 |
| 10/08/2001 | 10/11/2001 | ☐ Yes ☒ No | Canada | 4 |
| 09/18/2001 | 09/25/2001 | ☐ Yes ☒ No | Canada, Israel | · 8 |
| 08/28/2001 | 08/30/2001 | ☐ Yes ☒ No | Canada | 3 |

see attachement 1 for mor trips.

**Part 8. Information About Your Marital History**

A. How many times have you been married (including annulled marriages)?        | 1 |   If you have NEVER been married, go to Part 9.

B. If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*
CHAIMOVICH

Given Name *(First Name)*
IRINA

Full Middle Name *(If applicable)*

2. Date of Birth *(Month/Day/Year)*
01/18/1954

3. Date of Marriage *(Month/Day/Year)*
08/27/1975

4. Spouse's Social Security Number
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

5. Home Address - Street Number and Name
7041 WOLF TREE LANE

Apartment Number

City
ROCKVILLE

State
MD

ZIP Code
20852

**Part 8. Information About Your Marital History** *(Continued)*

Write your INS "A"- number here:
A 0 7 3 5 4 7 6 4 3

C. Is your spouse a U.S. citizen?      ☐ Yes      ☒ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen?      ☐ At Birth      ☐ Other

If "Other," give the following information:

2. Date your spouse became a U.S. citizen

_____/_____/_____

3. Place your spouse became a U.S. citizen *(Please see Instructions)*

City and State

E. If your spouse is NOT a U.S. citizen, give the following information :

1. Spouse's Country of Citizenship

I S R A E L

2. Spouse's INS "A"- Number *(If applicable)*

A 0 7 3 5 4 7 6 4 4

3. Spouse's Immigration Status

☒ Lawful Permanent Resident      ☐ Other _____

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

1. Prior Spouse's Family Name *(Last Name)*      Given Name *(First Name)*      Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status

☐ U.S. Citizen

☐ Lawful Permanent Resident

☐ Other _____

3. Date of Marriage *(Month/Day/Year)*

_____/_____/_____

5. How Marriage Ended

☐ Divorce      ☐ Spouse Died      ☐ Other _____

4. Date Marriage Ended *(Month/Day/Year)*

_____/_____/_____

G. How many times has your current spouse been married (including annulled marriages)?      | 1 |

If your spouse has EVER been married before, give the following information about your spouse's prior marriage. If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

1. Prior Spouse's Family Name *(Last Name)*      Given Name *(First Name)*      Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status

☐ U.S. Citizen

☐ Lawful Permanent Resident

☐ Other _____

3. Date of Marriage *(Month/Day/Year)*

_____/_____/_____

5. How Marriage Ended

☐ Divorce      ☐ Spouse Died      ☐ Other _____

4. Date Marriage Ended *(Month/Day/Year)*

_____/_____/_____

| Part 9.  Information About Your Children | Write your INS "A"- number here: |
|---|---|
| | A 0 7 3 5 4 7 6 4 3 |

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.    [ 2 ]

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| Lilia Chaimovich | 10/05/1976 | A 073547645 | Russia | with me |
| Aviel Chaimovich | 04/08/1984 | A 073547646 | Israel | with me |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |

| Part 10.  Additional Questions |
|---|

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

### A. General Questions

1.  Have you EVER claimed to be a U.S. citizen *(in writing or any other way)*?  ☐ Yes  ☒ No

2.  Have you EVER registered to vote in any Federal, state, or local election in the United States?  ☐ Yes  ☒ No

3.  Have you EVER voted in any Federal, state, or local election in the United States?  ☐ Yes  ☒ No

4.  Since becoming a Lawful Permanent Resident, have you EVER failed to file a required Federal, state, or local tax return?  ☐ Yes  ☒ No

5.  Do you owe any Federal, state, or local taxes that are overdue?  ☐ Yes  ☒ No

6.  Do you have any title of nobility in any foreign country?  ☐ Yes  ☒ No

7.  Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years?  ☐ Yes  ☒ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A 0 7 3 5 4 7 6 4 3 |

**B. Affiliations**

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?     ☒ Yes    ☐ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1. Ezras Israel Congregation of Rockville | 6. |
| 2. National Foundation for Cancer Research | 7. |
| 3. National Law Enforcement Officers Memorial Fund | 8. |
| 4. Maryland Fraternal Order of Police - Supporter | 9. |
| 5. | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

   a. The Communist Party?     ☐ Yes    ☒ No

   b. Any other totalitarian party?     ☐ Yes    ☒ No

   c. A terrorist organization?     ☐ Yes    ☒ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?     ☐ Yes    ☒ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?     ☐ Yes    ☒ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   a. The Nazi government of Germany?     ☐ Yes    ☒ No

   b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?     ☐ Yes    ☒ No

   c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?     ☐ Yes    ☒ No

**C. Continuous Residence**

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?     ☐ Yes    ☒ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?     ☐ Yes    ☒ No

**Part 10. Additional Questions** *(Continued)*

Write your INS "A"- number here:
A 0 7 3 5 4 7 6 4 3

#### D. Good Moral Character

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **EVER** committed a crime or offense for which you were NOT arrested? ☐ Yes ☒ No

16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason? ☐ Yes ☒ No

17. Have you **EVER** been charged with committing any crime or offense? ☐ Yes ☒ No

18. Have you **EVER** been convicted of a crime or offense? ☐ Yes ☒ No

19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ☒ No

20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled? ☐ Yes ☒ No

21. Have you **EVER** been in jail or prison? ☐ Yes ☒ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged *(City/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you **EVER**:

a. been a habitual drunkard? ☐ Yes ☒ No

b. been a prostitute, or procured anyone for prostitution? ☐ Yes ☒ No

c. sold or smuggled controlled substances, illegal drugs or narcotics? ☐ Yes ☒ No

d. been married to more than one person at the same time? ☐ Yes ☒ No

e. helped anyone enter or try to enter the United States illegally? ☐ Yes ☒ No

f. gambled illegally or received income from illegal gambling? ☐ Yes ☒ No

g. failed to support your dependents or to pay alimony? ☐ Yes ☒ No

23. Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal? ☐ Yes ☒ No

24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States? ☐ Yes ☒ No

**Part 10.  Additional Questions** *(Continued)*

Write your INS "A"- number here:
A 0 7 3 5 4 7 6 4 3

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes  ☒ No

26. Have you **EVER** been removed, excluded, or deported from the United States?  ☐ Yes  ☒ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States?  ☐ Yes  ☒ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation?  ☐ Yes  ☒ No

### F. Military Service

29. Have you **EVER** served in the U.S. Armed Forces?  ☐ Yes  ☒ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes  ☒ No

32. Have you **EVER** deserted from the U.S. Armed Forces?  ☐ Yes  ☒ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant?  ☐ Yes  ☒ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) [            ]  Selective Service Number [  /    /        ]

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

### H. Oath Requirements *(See Part 14 for the text of the oath)*

Answer questions 34 through 39.  If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?  ☒ Yes  ☐ No

35. Do you understand the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?  ☒ Yes  ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☒ Yes  ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction?  ☒ Yes  ☐ No

**Part 11. Your Signature**

Write your INS "A"- number here:

A 0 7 3 5 4 7 6 4 3

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature                                                                 Date *(Month/Day/Year)*

*Mark Chaimovich*                                                      07/08/2002

**Part 12. Signature of Person Who Prepared This Application for You** *(if applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name                                        Preparer's Signature

Date *(Month/Day/Year)*          Preparer's Firm or Organization Name *(If applicable)*          Preparer's Daytime Phone Number

/    /                                                                                              (        )

Preparer's Address - Street Number and Name                City                        State  ·        ZIP Code

---

## Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So

**Part 13. Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

                                                        Officer's Printed Name or Stamp          Date *(Month/Day/Year)*

Complete Signature of Applicant                        Officer's Signature

**Part 14. Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing below, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;
that I will bear true faith and allegiance to the same;
that I will bear arms on behalf of the United States when required by the law;
that I will perform noncombatant service in the Armed Forces of the United States when required by the law;
that I will perform work of national importance under civilian direction when required by the law; and
that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant                                Complete Signature of Applicant

Attachment 1 – List of trips outside United States (continued from page 4)    A 073 547 643

| Date You Left the United States (Month/Day/Year) | Date You Returned to the United States (Month/Day/Year) | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 6/23/2001 | 7/20/2001 | No | Portugal, Spain, Israel | 28 |
| 4/3/2001 | 4/5/2001 | No | Canada | 3 |
| 8/26/2000 | 9/2/2000 | No | Israel | 8 |
| 4/14/2000 | 4/24/2000 | No | Israel | 11 |
| 12/24/1999 | 1/3/2000 | No | Israel, UK | 11 |
| 11/24/1999 | 11/29/1999 | No | Israel | 6 |
| 8/5/1999 | 8/6/1999 | No | Mexico | 2 |
| 5/23/1999 | 6/1/1999 | No | Israel | 10 |
| 11/13/1998 | 11/22/1998 | No | Israel | 10 |
| 6/21/1998 | 7/5/1998 | No | Switzerland, Germany, France | 15 |
| 12/21/1997 | 1/4/1998 | No | Israel | 15 |



**IMMIGRATION AND NATURALIZATION SERVICE**
**APPLICATION SUPPORT CENTER (XBB)**

FD-258 COMPLETED AT
INS/ASC WHEATON, MD

**APPLICANT INFORMATION WORKSHEET**

OCT 8 2002

ON: _____ BY: 827/22

YOUR NAME: _Chaimovich_     _Mark_
(NOMBRE)     Last (Apellido)     First (Nombre)     Middle

DATE OF BIRTH:

Month (Mes) _02_     Day (Dia) _24_     Year (Año) _1955_

HAVE YOU EVER USED ANY OTHER NAMES ? Maiden name, aliases
_No_

GENDER :     MALE (Masculino) _✓_ FEMALE (Femenino) _____

YOUR RACE: CHECK THE MOST APPROPIATE CODE

AMERICAN INDIAN OR ALASKAN NATIVE (I)_____ BLACK (B)_____

WHITE (W) _✓_ ASIAN OR PACIFIC ISLANDER (A)_____ UNKNOWN (U)_____

THE COLOR OF YOUR EYES (CHECK ONE) (El color de sus ojos)

GRAY (Grises)_____     BROWN (Cafes) _✓_ GREEN (Verdes)_____
HAZEL ( Avellana)_____ BLUE ( Azules)_____

THE COLOR OF HAIR (CHECK ONE)

BLACK (Negro) _✓_ BROWN (Castano)_____ BLONDE (Rubio)_____
GRAY (Gris)_____ RED ( Rojo)_____ WHITE (Blanco)_____ BALD (Calvo)_____

YOUR HEIGHT ( Su estatura) _5_ FEET (Pies) _8_ INCHES (Pulgadas)

YOUR WEIGHT ( Cuanto pesa) _185_ POUNDS (Libras) _____

PLACE OF BIRTH (Sitio de nacimiento) _Byelarus, Minsk_

COUNTRY OF CITIZENSHIP (Pais de ciudadania) _Israel_

ALIEN REGISTRATION NUMBER (Numero de emigracion) A- _073-547-643_

RESIDENCE ADDRESS (Direccion de su casa)
_7041 Wolftree Lane_
_Rockville M.D. 20852_

**TYPE OF APPLICATION FOR WHICH YOU NEED FINGERPRINTS**
_I-881_ N-400     I-485     I-589     I-765     N-600     I-600A     I-821

U.S. Department of Justice
Immigration and Naturalization Service

Case 1:07-cv-01025-JR   Document 1-5   Filed 06/07/2007   Page 1 of 1

**Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE July 19, 2002 |
|---|---|---|---|
| **CASE TYPE** N400    Application For Naturalization | | | **INS A#** A 073 547 643 |
| **APPLICATION NUMBER** ESC*000884375 | **RECEIVED DATE** July 11, 2002 | **PRIORITY DATE** July 11, 2002 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
MARK CHAIMOVICH
7041 WOLFTREE LANE
ROCKVILLE MD 20852

PAYMENT INFORMATION:

Single Application Fee:       $310.00
Total Amount Received:        $310.00
Total Balance Due:              $0.00

ıllllılılılılıl

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:          February 24, 1955
Address Where You Live:  7041 WOLFTREE LANE
                         ROCKVILLE MD 20852

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 180 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479

**INS Customer Service Number:**
(802) 527-4913

APPLICANT COPY

ESC$000865142

Form I-797C (Rev. 09/07/93) N

**U.S. Department of Justice**
Immigration and Naturalization Service

**Naturalization Interview Results**

A#: 73547643

On ___FEB 1 1 2003___, you were interviewed by INS Officer <u>Rita Crawley</u>

- ☒ You passed the tests of English and U.S. history and government.
- ☐ You passed the test of U.S. history and government and the English language requirement was waived.
- ☐ The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

- ☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.
- ☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

- ☐ Please follow the instructions on the Form N-14.
- ☐ INS will send you a written decision about your application.

- ☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A)_____Congratulations! Your application has been recommended for approval. At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B)___X___A decision cannot yet be made about your application.

It is very important that you:
- ✓ Notify INS if you change your address.
- ✓ Come to any scheduled interview.
- ✓ Submit all requested documents.
- ✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
- ✓ Go to any oath ceremony that you are scheduled to attend.
- ✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652 (Rev. 12/7/99)





Mark Chaimovich
7041 Wolftree Ln.,
Rockville, MD 20852
Tel: 240.447.0631

March 29, 2004

Mrs. Rita Crawley
Bureau of Citizenship and Immigration Services
Baltimore District
Fallon Federal Building
31 Hopkins Plaza
Baltimore, MD 21201


RE: A#: 735477643 – follow up on a status of an application for naturalization.

Dear Mrs. Rita Crawley,

I would like to check a status of my application for naturalization.

I have been interviewed on February 11, 2003 and successfully have passed English and U.S. history and government tests. Unfortunately, on time of the interview the results of background check were not ready.

More then 12 months have passed since then.
I would appreciate your update and look forward to hear from you soon.


Sincerely Yours

Mark Chaimovich



**U.S. Department of Homeland Security**

**Bureau of Citizenship and Immigration Services**

---

*Fallon Federal Building*
*31 Hopkins Plaza, 1ˢᵗ Floor*
*Baltimore, Maryland 21201*

August 4, 2003

Mark Chaimovich
7041 Wolftree Lane
Rockville, MD 20852

Dear Applicant,

      Reference is made to your inquiry dated July 9, 2003, regarding Alien Registration file number A73547643. Specifically, you are requesting that the Bureau advise you as to the status of your naturalization application.

      We have reviewed the Bureau's records as they pertain to your request. That review indicates that your case is pending a complete name and date of birth intelligence background check. Once the results are received, you will receive written notification of a decision.

      Thank you for the opportunity to assist you in this matter.

Sincerely,

Shapel Hall
Examinations Assistant

Mark Chaimovich
7041 Wolftree Ln.,
Rockville, MD 20852
Tel: 240.447.0631

July 5, 2003

Mrs. Rita Crawley
Bureau of Citizenship and Immigration Services
Baltimore District
Fallon Federal Building
31 Hopkins Plaza
Baltimore, MD 21201

RE: A#: 735477643 – follow up on a status of an application for naturalization.

Dear Mrs. Rita Crawley,

I would like to check a status of my application for naturalization.

I have been interviewed by you on February 11, 2003 and successfully have passed English and U.S. history and government tests. Unfortunately, on time of the interview the results of background check were not ready.

I would appreciate your update and look forward to hear from you soon.

Sincerely, Yours

Mark Chaimovich

STATUS INQUIRY FORM



U.S. Citizenship & Immigration Services
Baltimore, Maryland

Please read the following instructions before completing this form:

# INSTRUCTIONS

## Please do not complete this form if:

- It has been less than one year since you filed your application or petition
- It has been less than six months since your last interview with an immigration officer regarding your case
- It has been less than six months since you submitted additional documents requested by this office
- your case was filed in a **different CIS office** and is currently pending in that office. In such cases you MUST contact the office where you filed the application or petition (if you wish to have your case transferred from another office to ft Baltimore District Office, you must contact that other office).
- you are in need of general information such as how and where to file for an immigration benefit (this information can be obtained by calling our toll free information line at 1-800-375-5283)
- you need an immigration form (immigration forms can be obtained through our forms center at 1-800-870-3676).
- you have received a denial of your application or petition and you do not agree with the decision. If you do not agree with a denial of an application or petition, you may file an appeal from the denial (if the decision is appealable) or a motion to reopen or reconsider.

### Please provide complete information and print or type legibly

### Please complete all of the information below and on the reverse which relates to your case.

## PLEASE START HERE

**The following information is absolutely necessary to process your request —**

RECEIVED JUL 19 2005 D.H.S. CITIZENSHIP AND IMMIGRATION SERVICES-BALTIMORE

Please print your Alien Registration Number here —— | A | 73 | 5 | 4 | 7 | 6 | 4 | 3 |

Please print your receipt number here ——

What is your name: _Mark Chaimovich_

What is your date of birth: _02/24/1955_    Country of birth: _Byelarus_

What is today's date: _7-19-05_

Type of Petition or Application filed (check appropriate box below):

☒ N-400 (Application for Naturalization)    ☐ I-130 (Petition For Alien Relative)    ☐ I-485 (Application for Permanent Residence)

☐ I-751(Petition to Remove Con    _Completed_    Baltimore MailTrack Control No:    ☐ N-600 (Application for Certificate of Citizenship)

☐ I-601 (Waiver Application)    |||||||||||||||  BAL050720 96    Other – specify below

**Revised October 2003**    **Continued on Reverse**

Date application was filed: _____

Office where application was filed: _____

Date of your last interview with an immigration officer _____

Please complete the name and address information below:

Name: *Mark Chaimovich*

Street Address: *7041 Wolftree Lane*

City/State/Zip Code: *Rockville MD 20852*

## PLEASE DO NOT WRITE BELOW THIS LINE *9/3/05 SKH*

### Response to Status Inquiry (please see below):

☐  Your application/petition was granted on _____

☐  Your application/petition is pending the completion of background checks (fingerprint and/or other checks). It is estimated that these checks will be completed within the next _____ months.
*Once a response is received you will receive a decision*

☐  Your application/petition was denied on _____. You have 18 days from the date of that denial to file an appeal from that denial, or 30 days from the denial to file a motion to reopen, with appropriate fee.

☐  Your application/petition was denied on _____. There is no appeal from that denial, however, you have 30 days from the denial to file a motion to reopen, with appropriate fee.

☐  Your Application for Naturalization (N-400) was granted. You will be notified of the date, place, and time of this ceremony within the next _____ days.

☐  Your Application for Naturalization (N-400) was denied on _____. You may file a request for a rehearing on form N-336 within 30 days of that denial. After the 30 day period, you must file a new N-400 application with a new fee, photographs, and fingerprints.

☐  Your case is pending the receipt of additional information which was due on _____

☐  We have received the additional information you have submitted. Your case is pending review by an officer. It is estimated that a decision will be made on your case within the next _____ days.

☐  Your case is pending review by an officer. It is estimated that a decision will be made on your case within the next days _____.

☐  We have no record of your application at this office. You should appear at this office within the next 30 days with evidence that you filed the application to discuss this matter with an immigration information officer.

☐  We are currently waiting for your file to arrive from another Service office. Once it does you should be scheduled for an interview. You should receive notification of the interview within the next _____ days.

☐  Your case is currently pending at the office which appears below.

☐  _____

☐  Please see the instructions to this form where highlighted