UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK CHAIMOVICH,

        Plaintiff,

  v.

ALBERTO R. GONZALES
Attorney General, US Department of Justice, <u>et al.</u>,

        Defendants.

Case No.  1:07-cv-1025 (JR)

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Please take notice that pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Mark Chaimovich, by and through undersigned counsel, hereby move for voluntary dismissal of the above-captioned action. The issues between the parties will be settled on November 2, 2007 when the Plaintiff is scheduled to take his oath of citizenship

Dated: October 22, 2007        Respectfully submitted,

          /s/ Morris H. Deutsch
        MORRIS H. DEUTSCH, D.C. Bar #405483

Case No.  1:07-cv-1025 (JR)

    /s/ Carolyn Ann Killea
CAROLYN ANN KILLEA, D.C. Bar #412419

    /s/ Rajan P. Eapen
RAJAN P. EAPEN, D.C. Bar #441492

Attorneys for Plaintiff
M. Deutsch Immigration Law Firm
Suite 325
Washington, DC 20009
(202) 728-0820

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by electronic means through the Electronic Case Filing system on October 22, 2007 to:

Ms. Robin M. Meriweather
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, NW
Washington, D.C. 20530
Robin.Meriweather2@usdoj.gov

    /s/ Rajan P. Eapen
RAJAN P. EAPEN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK CHAIMOVICH,

         Plaintiff,

  v.

ALBERTO R. GONZALES
Attorney General, US Department of Justice, <u>et al.</u>,

         Defendants.

Case No.  1:07-cv-1025 (JR)

<u>ORDER</u>

Upon consideration of Plaintiff's Notice of Voluntary Dismissal, it is this _____ day of _____ 2007,

Ordered that the instant civil action is dismissed without prejudice and without costs.

SO ORDERED.

                                              Honorable James Robertson
                                              United States District Judge